# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH F. SMITH, ) | |
|     Plaintiff, ) | Case No. 2:14-cv-00771-GMN-GWF |
| vs. ) | **ORDER** |
| SPECIALIZED LOAN SERVICING, LLC, ) | |
|     Defendants. ) | |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated June 5, 204, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for the Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **June 23, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 11th day of June, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge